**Electronically Filed
Supreme Court
SCWC-15-0000372
27-MAY-2016
08:00 AM**

SCWC-15-0000372

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

SIRIPORN NILSAWIT, Respondent/Defendant-Appellee,

and

HAWAII NEWS NOW, Petitioner/Applicant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000372; CASE NO. 1DCW-14-0001187)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Applicant-Appellant Hawaii News Now's

Application for Writ of Certiorari, filed on April 15, 2016, is

hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

1

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED: Honolulu, Hawaiʻi, May 27, 2016.

Bruce D. Voss and
David R. Major
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

